# NEW CRIMINAL CASE COVER SHEET

**(To be used for all new Bills of Indictments and Bills of Information)**

## U. S. DISTRICT COURT

**CASE SEALED:** ○ YES  ⦿ NO

**DOCKET NUMBER:** 3:23-cr-278-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** :US vs UY CHAU PHAN

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** : 3:18CR368-MOC-SCR

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : SUMMONS

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ○ Petty  ○ Misdemeanor  ⦿ Felony

18 U.S.C. § 1546(a)

**JUVENILE:** ○ Yes  ⦿ No

**ASSISTANT U. S. ATTORNEY** : KENNETH SMITH

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**